1  RICHARD S.J. HUNG (CA SBN 197425)
   *rhung@mofo.com*
2  SABRINA A. LARSON (CA SBN 291661)
   *slarson@mofo.com*
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   (415) 268-7000
5  Facsimile:   (415) 268-7522

6  Attorneys for Plaintiff
   TIBCO SOFTWARE INC.

8  KIMBERLY D. HOWATT (CA SBN 196921)
   *khowatt@gordonrees.com*
9  GORDON & REES LLP
   101 W. Broadway, Suite 2000
10 San Diego, CA 92101
11 Telephone: (619) 696-6700
   Facsimile: (619) 696-7124

13 Attorneys for Defendant
   FEI COMPANY

APPROVED
Judge Edward J. Davila
1/12/2018

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC.,<br><br>                Plaintiff,<br><br>     v.<br><br>FEI COMPANY,<br><br>                Defendant. | Case No. 17-cv-00696-EJD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. Edward J. Davila<br>Complaint Filed: Feb. 10, 2017 |

1       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff TIBCO Software Inc. ("TIBCO") and Defendant FEI Company ("FEI"), as follows: TIBCO's claims against FEI shall be dismissed in their entirety, with prejudice, under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

      Each party shall bear its own costs and fees.

Dated: January 12, 2018

RICHARD S.J. HUNG
SABRINA A. LARSON
MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
     RICHARD S.J. HUNG

Attorneys for Plaintiff
TIBCO SOFTWARE INC.

Dated: January 12, 2018

KIMBERLY D. HOWATT
GORDON & REES LLP

By: *s/ Kimberly D. Howatt*
     KIMBERLY D. HOWATT

Attorneys for Defendant
FEI COMPANY

| | |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, Richard S.J. Hung, am the ECF user whose ID and password are being used to file this |
| 3 | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE TO FED. R. CIV. P. 41(a)(1)(A)(ii).** In |
| 4 | compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Kimberly D. Howatt has |
| 5 | concurred in this filing. |

Dated: January 12, 2018

RICHARD S.J. HUNG
SABRINA A. LARSON
MORRISON & FOERSTER LLP

By: */s/ Richard S.J. Hung*
    RICHARD S.J. HUNG

Attorneys for Plaintiff
TIBCO SOFTWARE INC.